IN THE UNITED STATES DISTRICTR COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREEN RECYCLING OF MICHIGAN, INC.,
a Michigan corporation,

                                Case No.

    Plaintiff,                     Hon.

v.

CITY OF WARREN,
a Michigan municipal corporation,

    Defendant.

---

## COMPLAINT AND JURY DEMAND

Green Recycling of Michigan, Inc., by and through its attorneys, Demorest

Law Firm, PLLC, states as follows for its Complaint against the City of Warren.

## PARTIES

1.      Green Recycling of Michigan, Inc. ("Green Recycling"), is a Michigan

corporation.

2.      The City of Warren ("the City") is a Michigan municipal corporation,

organized and existing under the Constitution and laws of the State of Michigan. The

City is located in Macomb County, Michigan.

## VENUE AND JURISDICTION

3.      Green Recycling's claims against the City are based on the First and Fourteenth Amendments of the United States Constitution and 42 U.S.C. §1983.

4.      The City has violated Green Recycling's First and Fourteenth Amendment rights by targeting the removal of its donation bins as ordinance violations where no violation exists.

5.      The City has also violated Green Recycling's free speech and equal protection rights by treating other similar donation bins differently, allowing the bins of other companies and non-profit organization to remain in place in the City while forcing the removal of Green Recycling bins.

6.      The City has also violated Green Recycling's equal protection rights based on the religion and national origin of Green Recycling's owners and employees.

7.      The Court has jurisdiction of this matter under 28 U.S.C. §1331.

8.      Venue in the Eastern District of Michigan is proper pursuant to 28 U.S.C. §1391(b)(2) because all of the events giving rise to Plaintiff's claim occurred within the City, which is located within this District.

## GENERAL ALLEGATIONS

9.      Green Recycling is a locally owned Michigan business that gathers donated clothing and shoes. Those items are sold and shipped to other countries. In

2

addition to provide clothing to those that need them, Green Recycling's work helps the environment by reducing the amount of waste sent to landfills.

10.    Green Recycling has more than 1,000 collection bins placed at various locations around the State of Michigan.

11.    Green Recycling has strategic partnerships with the City of Detroit and other southeast Michigan communities, businesses, public schools, and houses of worship.

12.    These strategic partnerships allow Green Recycling to provide environmentally-conscious alternatives for their clients to deal with used clothing and shoes.

13.    By collecting and redistributing used clothing, shoes, and other items, Green Recycling helps provide affordable clothing items to persons in need, while also promoting environmentally sustainable practices.

14.    Green Recycling typically enters into license agreements with third-party property owners to allow Green Recycling to place their closed storage donation containers on their property.

15.    The donation containers generally look like the bins pictured below:



16.    Green Recycling monitors and maintains their donation containers and keeps them in good repair.

17.    The bins are monitored by video to determine when they are full and if they are tampered with or items are left outside the bins.

18.    Green Recycling's donation containers are locked and fully enclosed on all sides.

19.    Green Recycling empties the donation containers on a regular basis, and the signs on the containers contain information for donors to call if the bins are full.

20.    When a donation container has been reported as full, Green Recycling will empty the container within 1-2 days.

4

## GREEN RECYCLING'S DONATION BINS HAVE
## BEEN TARGETED BY THE CITY OF WARREN FOR REMOVAL

21.   Despite Green Recycling's efforts to maintain professional, clean, and well-maintained donation bins, the City of Warren has targeted Green Recycling's containers for removal while not requiring the removal of other, similarly situated containers from other companies and organizations.

22.   The City of Warren has sent zoning violation notices to Green Recycling's licensors requiring the removal of the donation bins.

23.   For example, Green Recycling has a license with the owner of property located at 26680 Dequindre, Warren, MI. The owner of that property was notified that it needed to remove the Green Recycling container. The City did not provide the owner with any specific violation applicable to the charitable donation container.

24.   Green Recycling has a license with the owner of property located at 4680 9 Mile Road, Warren, MI. The owner of that property was notified that it needed to remove the Green Recycling containers on the property, without citation to the applicable zoning statute that was allegedly violated. The City also failed to cite what specific zoning statute required a site plan for a charitable donation container.

25.   Green Recycling has a license with the owner of property located at 28065 Mound, Warren, MI. The owner of that property was notified that it needed

to remove the Green Recycling container. This time, the City cited Section 14.01 of the City's zoning ordinance.

26.    However, Section 14.01 does not prohibit the use of fully enclosed donation containers. Rather, the only reference to "open storage" in section 14.01 refers to a prohibition of the open storage of building materials.

27.    Green Recycling has a license with the owner of property located at 32855 Schoenherr, Warren, MI. The owner of that property was notified that it needed to remove the Green Recycling container. The City claimed that the "clothing bins" "are not allowed." The City claimed that Section 17.01 of the City's zoning ordinance prohibited open storage containers.

28.    Section 17.01 of the City's zoning ordinance does not apply to 32855 Schoenherr, which is zoned C-1. Section 17.01 applies to properties zoned as industrial, which are classified as M-1, M-2, M-3, and M-4.

29.    Section 17.01 of the City's zoning ordinance does appear to require a site plan for "open storage," but Plaintiff's charitable storage containers are not open storage containers.

30.    Green Recycling has a license with the owner of property located at 7239 9 Mile, Warren, MI. The owner of that property was notified that it needed to remove the Green Recycling's "Illegal Donation Boxes" at the property pursuant to Section 4.01(b) of the City's Zoning Ordinance.

6

31.     Section 4.01(b) probits uses that do not conform to the property's zoning designation. However, Green Cycling's closed charitable donation bins, where they have been placed, comply with the City of Warren's zoning ordinance.

32.     There is nothing in the City of Warren's zoning ordinance that distinguishes between a donation bin operated by a for-profit corporation, like Green Recycling and the same type of bin operated by a non-profit organization.

33.     There is also nothing in the City of Warren's zoning ordinance that distinguishes between a donation bin operated by a for-profit corporation, like Green Recycling and a similar or identical bin that accept UPS or Fed Ex packages, rather than clothing donations.

34.     The City has stated that it was working on a policy or ordinance amendment to regulate donation bins in the City, but that has not occurred.

## DONATION BINS OR OTHER CLOSED CONTAINERS AT OTHER PROPERTIES HAVE NOT BEEN TARGETED FOR REMOVAL

35.     Upon information and belief, the City of Warren has not targeted other, similar closed donation bines, whether for donation or other purposes.

36.     The donation box located at 8655 8 Mile Road (Romeo & Juliet Furniture) is still there.

37.     Upon information and belief, the donation bin located at 8655 8 Mile Road has not received a violation notice.

38.    The donation bin located at 22100 Federal Ave (Lincoln Elementary School) is still there.

39.    Upon information and belief, the donation bin located at 22100 Federal Ave has not received a violation notice.

40.    The donation bin located at 4355 9 Mile (Fitzgerald Recreation Center) is still there.

41.    Upon information and belief, the donation bin located at 4355 9 Mile has not received a violation notice.

42.    The donation bin located at 24601 St. Josaphat Dr. (St. Josaphat Ukrainian Catholic Rectory) is still there.

43.    Upon information and belief, the donation bin located at 24601 St. Josaphat Dr. has not received a violation notice.

44.    The donation bin located at 5590 12 Mile Road (Dollar Tree Store) is still there.

45.    Upon information and belief, the donation bin located at 5590 12 Mile Road has not received a violation notice.

46.    The donation bin located at 31555 Hoover Road (St. Martin re Porres Catholic Church) is still there.

47.    Upon information and belief, the donation bin located at 31555 Hoover Road has not received a violation notice.

48. The donation bin located at 12100 Masonic Dr. (Irene Wilkerson Elementary School) is still there.

49. Upon information and belief, the donation bin located at 12100 Masonic Dr. has not received a violation notice.

50. The donation bin located at 12225 Masonic Road (Rockwell Middle School) is still there.

51. Upon information and belief, the donation bin located at 12225 Masonic Road has not received a violation notice.

52. The donation bin located at 14205 12 Mile Road (Christian Church for All Nations) is still there.

53. Upon information and belief, the donation bin located at 14205 12 Mile Road has not received a violation notice.

54. The donation bin located at 14251 12 Mile Road (Warren Woods Baptist Church) is still there.

55. Upon information and belief, the donation bin located at 14251 12 Mile Road has not received a violation notice.

56. The donation bin located at 27300 Dequindre Road (Michigan Math and Science Academy District Office) is still there.

57. Upon information and belief, the donation bin located at 27300 Dequindre Road has not received a violation notice.

9

58.     Drop-off boxes used by UPS and Fed Ex are similar in size and appearance to the donation bins used by Green Recycling.

59.     Upon information and belief, no property has been ticketed by the City of Warren regarding UPS or Fed Ex boxes at their respective properties.

60.     UPS and Fed Ex boxes are similarly situated to Green Recycling boxes because they are fully enclosed boxes that are used for temporary storage. Green Recycling's closed donation containers store clothing and other items to be shipped to those in need, and UPS and Fed Ex's boxes store packages to be shipped.

61.     Non-profit organizations that operate donation bins for used clothing typically do the same thing with the donated clothing that Green Recycling does: sell the clothing.

## COUNT I
## FIRST AMENDMENT CLAIM 42 U.S.C. § 1983

62.     Plaintiff incorporates the allegations contained in Paragraphs 1 through 60 as though fully stated herein.

63.     The First Amendment of the United States Constitution, applicable to the States through the Fourteenth Amendment, protects the government from retaliating or taking an adverse action based on First Amendment protected activity.

64.     Plaintiff engaged in First Amendment protected activity by placing its donation bins at locations throughout the City of Warren.

65.     The City of Warren has targeted Green Recycling's donation bins for removal by ticketing, or threatening the ticketing, of the property owners and issuing large fines if they failed to remove Green Recycling's donation bins.

66.     The City of Warren, upon information and belief, has failed to ticket or threaten with zoning violations other properties containing donation bins.

67.     The City of Warren has also not ticketed or threatened the property owners of various UPS or FedEx donation bines.

68.     Upon information and belief, Plaintiff is being discriminated against in violation of the First Amendment for seeking clothing donations.

69.     The threat of punishment for hosting Green Recycling's protected donation bins violated Plaintiff's Amendment Rights.

70.     The City, through its code enforcement officers, has deprived Green Recycling of its First Amendment Right to solicit clothing donations.

71.     The City has chosen to target Green Recycling's donation bins because Green Recycling seeks clothing donations while being a for-profit entity.

72.     Upon information and belief, the reason that the donation containers at the other locations have not been targeted for zoning violations is that those containers are operated by not-for-profit entities, churches, or schools.

11

73.     Green Recycling has been targeted for its speech, and the threatened tickets constitute impermissible content-based restriction on Green Recycling's speech.

74.     Several properties where Green Recycling previously had a donation container were actually ticketed by the City of Warren.

75.     Green Recycling has been harmed by having their donation containers forcibly removed because their speech rights have been terminated by the City of Warren.

76.     Green Recycling has also suffered lost revenue as a result of their donation bins having been removed.  Green Recycling is losing about $6,000.00 per week in revenue due to the removal of its donation bins from the City of Warren.

WHEREFORE, Green Recycling respectfully requests that this Court order the following relief:

(a)     Enter Judgment against the City of Warren in an amount to be determined, based on Green Recycling's lost revenue;

(b)     Enjoin the City of Warren from threatening property owners hosting Green Recycling's donation bins;

(c)     Enjoin the City of Warren from prohibiting Green Recycling from locating its charitable storage containers while the City allows other closed storage containers to be located in the City; and

(d)     An award of attorney's fees in Green Recycling's favor, pursuant to 42 U.S.C. § 1988.

## COUNT II
## EQUAL PROTECTION – RELIGION AND NATIONAL ORIGIN

77.     Green Recycling incorporates the allegations contained in Paragraphs 1 through 74 as though fully stated herein.

78.     The Fourteenth Amendment's Equal Protection Clause requires that no state will "deny to any person within its jurisdiction the equal protection of the laws."

79.     Green Recycling may bring a claim against the City of Warren for violation of its First Amendment Rights under 42 USC §1983.

80.     The shareholder and President of Green Recycling is Muslim.

81.     The employees of Green Recycling are also all Muslim.

82.     The President and employees of Green Recycling are from Jordan, Palestine or Lebanon.

83.     The City of Warren, through its code enforcement officers, has intentionally discriminated against Green Recycling based on the religion and national origin of Green Recycling and its employees.

84.     The City of Warren has infringed on Green Recycling's First Amendment rights by targeting Green Recycling's donation bins for removal by property owners. The City of Warren targeted Green Recycling by threatening to ticket the property owner and, in some cases, ticketing the property owner where the charitable storage containers were located.

85.    The City of Warren targeted Green Recycling's rights while, upon information and belief, it has failed to ticket or target for removal the donation containers identified above.

86.    The City of Warren has also required the removal of donation bins from mosques, while allowing them to remain at Christian churches and public schools.

87.    The City of Warren has denied equal protection to Green Recycling.

88.    Green Recycling is similarly situated to the owners of the storage container owners, including UPS and FedEx, because, among other things they (a) utilize enclosed storage containers, (b) routinely empty storage containers, (c) do not contain garbage or trash, (d) operate on a commercial basis, and (e) make solicitations.

89.    There is no rational basis to treat Green Recycling differently than the other container owners. Alternatively, upon information and belief, the City may be animated by animus or ill-will towards Green Recycling.

90.    Green Recycling has been damaged by the violations of its rights, including lost revenue and lost clothing donations.

WHEREFORE, Green Recycling respectfully requests that this Court order the following relief:

(a)    Enter Judgment against the City of Warren in an amount to be determined, based on Green Recycling's lost revenue;

(b)    Enjoin the City of Warren from threatening property owners hosting Green Recycling's donation bins;

(c)    Enjoin the City of Warren from prohibiting Green Recycling from locating its charitable storage containers while the City allows other closed storage containers to be located in the City; and

(d)    An award of attorney's fees in Green Recycling's favor, pursuant to 42 U.S.C. § 1988.

## COUNT III
## EQUAL PROTECTION FIRST AMENDMENT RIGHTS

91.    Green Recycling incorporates the allegations contained in Paragraphs 1 through 88 as though fully stated herein.

92.    The Fourteenth Amendment's Equal Protection Clause requires that no state will "deny to any person within its jurisdiction the equal protection of the laws."

93.    Green Recycling may bring a claim against the City of Warren for violation of its First Amendment Rights under 42 USC §1983.

94.    The City of Warren, through its code enforcement officers, has intentionally discriminated against Green Recycling by burdening Green Recycling's fundamental, First Amendment rights.

95.    The City of Warren has infringed on Green Recycling's First Amendment rights by targeting Green Recycling's donation bins for removal by property owners. The City of Warren targeted Green Recycling by threatening to ticket the property owner and, in some cases, ticketing the property owner where the charitable storage containers were located.

15

96.     The City of Warren targeted Green Recycling's rights while, upon information and belief, it has failed to ticket or target for removal the donation containers identified above.

97.     The City of Warren has treated Green Recycling, a for-profit corporation, differently than other operators of donation bins which are non-profit organizations.

98.     The City of Warren has burdened Green Recycling's First Amendment, free speech rights but has not burdened the free speech rights of the other storage container owners.

99.     Green Recycling is similarly situated to the owners of the storage container owners, including UPS and FedEx, because, among other things they (a) utilize enclosed storage containers, (b) routinely empty storage containers, (c) do not contain garbage or trash, (d) operate on a commercial basis, and (e) make solicitations.

100.    Solicitations are entitled to strong Constitutional protections.

101.    There is no rational basis to treat Green Recycling differently than the other container owners. Alternatively, upon information and belief, the City may be animated by animus or ill-will towards Green Recycling.

102.    The City of Warren has no rational basis to discriminate against Green Recycling based on its speech.

103.   Green Recycling has been damaged by the violations of its rights, including lost revenue and lost clothing donations.

WHEREFORE, Green Recycling respectfully requests that this Court order the following relief:

(a)   Enter Judgment against the City of Warren in an amount to be determined, based on Green Recycling's lost revenue;

(b)   Enjoin the City of Warren from threatening property owners hosting Green Recycling's donation bins;

(c)   Enjoin the City of Warren from prohibiting Green Recycling from locating its charitable storage containers while the City allows other closed storage containers to be located in the City; and

(d)   An award of attorney's fees in Green Recycling's favor, pursuant to 42 U.S.C. § 1988.

Respectfully submitted,

DEMOREST LAW FIRM, PLLC

By: _/s/  Mark S. Demorest_____
Mark S. Demorest (P35912)
Michael K. Hayes (P75419)
Attorneys for Plaintiff
322 W. Lincoln Ave.
Royal Oak MI 48067
(248) 723-5500
mark@demolaw.com
mike@demolaw.com

Dated:  August 23, 2025

**JURY DEMAND**

Plaintiff hereby demands a trial by jury as to all issues in this case.

Respectfully submitted,

DEMOREST LAW FIRM, PLLC

By: _/s/ Mark S. Demorest_
Mark S. Demorest (P35912)
Michael K. Hayes (P75419)
Attorneys for Plaintiff
322 W. Lincoln Ave.
Royal Oak MI 48067
(248) 723-5500
mark@demolaw.com
mike@demolaw.com

Dated:  August 23, 2025

Green Recycling of Michigan Inc/City of Warren (1937)/1 Draft Pleadings/2025 04 01 Complaint.docx